THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael J.
 Gould, Appellant.
 
 
 
 
 

Appeal From Kershaw County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-168
 Submitted January 4, 2010  Filed March 1,
2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Michael J. Gould appeals his conviction
 for lewd act upon a child and sentence of eight years' imprisonment.  He
 contends the trial court erred in failing to grant his motion for a directed
 verdict.  After a thorough review of the record, counsel's brief, and Gould's pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Gould's
 appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.